IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD KNELLINGER, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| YORK STREET PROPERTY | : | |
| DEVELOPMENT, LP, et al. | : | NO. 14-4712 |

ORDER

AND NOW, this 6th day of November, upon consideration of defendant City of Philadelphia's motion to dismiss (docket entry #2), plaintiffs' response in opposition thereto, and the reasoning set forth in our Memorandum issued this day, it is hereby ORDERED that:

1. Defendant's motion to dismiss is GRANTED;

2. Plaintiffs' request to amend their Complaint is DENIED;

3. Count IV of plaintiffs' Complaint is DISMISSED WITH PREJUDICE;

4. Pursuant to 28 U.S.C. § 1367(c), we REMAND the remainder of this case to the Court of Common Pleas of Philadelphia County for further proceedings;

5. The Clerk of Court shall TRANSFER the case file and all documents related to this case to the Prothonotary of the Court of Common Pleas of Philadelphia County; and

6. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

/s/ Stewart Dalzell, J.
Stewart Dalzell, J.